UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  DOMINIC and PATRICIA FABBIA,    )    Case No:  18-17959
                                                  Debtors    )    Chapter 13

**ORDER**

AND NOW, this 8th day of January, 2019 it is HEREBY ORDERED Petitioner's request, to file all documents Ordered by this Court contained in above-captioned matter's Document #6:

to wit, requiring Atty Disclosure Statement due 12/17/2018. Chapter 13 Plan due by 12/17/2018. Schedules AB-J due 12/17/2018. Statement of Financial Affairs due 12/17/2018. Summary of Assets and Liabilities Form B106 due 12/17/2018. Means Test Calculation Form 122C-2 Due. 12/17/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due12/17/2018,

to be now due by, and/or to be filed by, on or before January 9, 2019, is **GRANTED.**

By the Court.

_____
United States Bankruptcy Judge