United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dominic Fabbia  
Patricia Fabbia  
    Debtors

Case No. 18-17959-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 08, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.  
db/jdb       +Dominic Fabbia,    Patricia Fabbia,    9937 MEDWAY RD,    PHILADELPIA, PA 19115-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:  
        JOSHUA A. GILDEA    on behalf of Creditor    Salmon Country, Inc. jgildea@flblaw.com, ccharlton@flblaw.com  
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
        PETER FRANCIS BLUST    on behalf of Joint Debtor Patricia   Fabbia peterfblust@gmail.com  
        PETER FRANCIS BLUST    on behalf of Debtor Dominic   Fabbia peterfblust@gmail.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                 TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: DOMINIC and PATRICIA FABBIA,    )    Case No: 18-17959
                                       )
                                       )
                                       )
                    Debtors            )    Chapter 13

## ORDER

AND NOW, this 8th day of January, 2019 it is HEREBY ORDERED Petitioner's request, to file all documents Ordered by this Court contained in above-captioned matter's Document #6:

to wit, requiring Atty Disclosure Statement due 12/17/2018. Chapter 13 Plan due by 12/17/2018. Schedules AB-J due 12/17/2018. Statement of Financial Affairs due 12/17/2018. Summary of Assets and Liabilities Form B106 due 12/17/2018. Means Test Calculation Form 122C-2 Due. 12/17/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due12/17/2018,

to be now due by, and/or to be filed by, on or before January 9, 2019, is **GRANTED.**

By the Court.

_____
United States Bankruptcy Judge