# STORAGE LEASE AGREEMENT

**BETWEEN**                **SALMON COUNTRY, INC.**                **LESSOR**
BOX 58 • MEXICO POINT DRIVE WEST
MEXICO, NEW YORK 13114
(315) 963-8049

INSIDE — *[handwritten]* $729.5 / Trailer

— AND —

**LESSEE'S NAME:** *[handwritten]*                **DATE:** *[handwritten]*
**STREET ADDRESS:** *[handwritten]*  **CITY:** *[handwritten]*  **STATE:** NY  **ZIP:** 13114  **RES. PHONE:** ___  **BUS. PHONE:** ___

By this Storage Lease Agreement, ("Lease"), Lessee leases the space (and Lessee agrees no bailment is created hereby) upon which Lessee shall place and store, entirely at Lessee's sole risk, the following indicated unit, ("Unit"):

**TYPE OF UNIT:**
☐ TRAVEL TRAILER    ☐ 5TH WHEEL TRAILER    ☑ BOAT    ☐ MOBILE HOME
☐ MOTORHOME    ☐ CAMPING TRAILER    ☑ TRAILER    ☐ _____

Year _____ Make _____ Model _____
Serial Number _____ License Number _____

Lessee agrees to pay the following lease payment for the following period of time:
A. ☐ on a monthly basis @ $____ per month.
B. ☑ for a period from ____ 20__ terminating May 1, 20 13.
   inclusive at the rate of $ ____ + tax per season.

Any Lessee Unit or other Lessee property not removed by Lessee by the termination date of this Lease shall be charged a daily storage fee of $ ____ per day.
INTEREST AT THE RATE OF ____% PER MONTH (ANNUAL PERCENTAGE RATE ____%), WILL BE ADDED ON ALL PAST DUE ACCOUNTS. AN ACCOUNT IS PAST DUE ____ DAYS FOLLOWING DUE DATE.

1. This is a lease to lease space of sufficient dimension needed to accommodate the property above described. IT IS NOT A BAILMENT.
2. LESSEE AGREES THAT THE UNIT WILL NOT BE USED FOR SHELTER, LIVING OR RESIDENTIAL PURPOSES FOR ANY PERIOD DURING THE TERM OF THIS LEASE.
3. LESSEE AGREES TO CARRY LESSEE'S OWN LIABILITY AND COMPREHENSIVE INSURANCE TO PROTECT AGAINST ALL LOSS AND DAMAGES, INCLUDING, BUT NOT LIMITED TO, THEFT, WATER DAMAGE, FIRE, WINDSTORM, HAIL AND VANDALISM. THE LESSOR SHALL NOT BE RESPONSIBLE FOR LOSS OF ANY KIND, AND IT IS MUTUALLY UNDERSTOOD THAT LESSEE HEREBY RELEASES LESSOR FROM ANY AND ALL LIABILITY.
4. Lessor shall not be responsible for personal property stored within the Unit.
5. Lessor shall not be responsible for the continued inflation of tires.
6. All lease payments shall be paid in advance.
7. Lessee agrees to give Lessor at least ____ days notice of cancellation of Lease, and ____ hours notice of moving the Unit in or out of the leased space.
8. All lease payments must be paid in full before removal of Lessee's Unit or other Lessee property.
9. Lessor shall not be responsible for damage to Lessor's Unit caused by weather or temperature changes.
10. Lessee agrees to deliver, or pick up, Lessee's Unit during the business hours as posted in the office or on the property.
11. LESSEE ACKNOWLEDGES THAT THE LESSOR IS HEREBY GIVEN A LIEN UPON THE PROPERTY DESCRIBED ABOVE TO SECURE ANY AND ALL LEASE PAYMENTS, DURING THE TERM OF THIS LEASE. ANY UNIT LEFT IN STORAGE 60 DAYS BEYOND THE TERMINATION DATE OF THIS LEASE SHALL BE OFFERED FOR PUBLIC SALE TO COVER LEASE PAYMENTS. THE LIEN GIVEN IN THIS SECTION 11 IS IN ADDITION TO ANY LIENS OR REMEDIES THAT MAY EXIST AT LAW.
12. 

Lessee's Insurance Company: _____ Phone _____
In case of emergency, notify: _____ Phone _____

I have read the above Storage Lease Agreement. I understand and agree to the terms and conditions set forth herein. I have received a copy of this Storage Lease Agreement.

ACCEPTED _____
                  Lessee

**Receipt For Initial Payment**
Lessor received $ _____ to be applied to lease payments for this lease.

By _____
      Lessor

FORM 1860    JENKINS BUSINESS FORMS • 800-851-4424    © COPYRIGHTED 1990    Rev. TB 10/07

FILE COPY

EXHIBIT A