IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| DOMINIC FABBIA and | : | |
| PATRICIA FABBIA | : | CASE NO. 18-17959 |
| Debtors | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Salmon Country, Inc., has filed with the Court a Motion For Relief From Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 31, 2019, you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    Clerk of Court
    United States Bankruptcy Court
    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Joshua A. Gildea
    Fitzpatrick Lentz & Bubba, P.C.
    4001 Schoolhouse Lane
    P. O. Box 219
    Center Valley, PA 18034-0219
    Phone (610) 797-9000
    Fax (610) 797-6663

      2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.     A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge on **February 12, 2019 at 11:00 AM** in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

      4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.     You may contact the Bankruptcy Clerk's office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:   January 17, 2019

                                                     JOSHUA A. GILDEA

                                                   FITZPATRICK LENTZ & BUBBA, P.C.
                                                   4001 Schoolhouse Lane
                                                 P. O. Box 219
                                                 Center Valley, PA 18034-0219
                                                 Telephone (610) 797-9000
                                                 Telefax (610) 797-6663


                                       By:   */s/ Joshua A. Gildea*
                                                        Attorney for Movant