### UNITED STATES BANKRUPTCY COURT for the
### EASTERN DISTRICT OF PENNSYLVANIA

In re:     DOMINIC and PATRICIA FABBIA,  ) Case No: 18-17959
                                          )
                              Debtors.    )     Chapter 13

### PETITION TO CONTINUE CREDITOR'S MEETING

**COMES NOW** Debtors, Dominic and Patricia Fabbia, by and through their undersigned legal counsel Peter Blust, Esquire, and respectfully request this Honorable Court continue Creditor's Meeting for minimum of three (3) weeks.

Debtors and counsel are attempting to finalize certain tax documents for the Court and beg said additional time to do so.

Debtors, therefore, through undersigned counsel, do therefore hereby respectfully request Creditor's Meeting scheduled for February 27, 2019 be continued.

Respectfully submitted,

/S/PETER BLUST, ESQUIRE
PETER BLUST, ESQUIRE
PA Attorney I.D.# 47072
Cooper Valley Village N-9
1475 Mount Holly Rod
Edgewater Park, NJ 08010
(609) 309 2213
peterfblust@gmail.com
peterfblust@yahoo.com

DATED: February 25, 2019