United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dominic Fabbia  
Patricia Fabbia  
    Debtors

Case No. 18-17959-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: jch     Page 1 of 1     Date Rcvd: Apr 11, 2019  
                       Form ID: 175     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.  
db/jdb     +Dominic Fabbia,    Patricia Fabbia,    9937 Medway Road,    Philadelphia, PA 19115-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:

         JOSHUA A. GILDEA    on behalf of Creditor    Salmon Country, Inc. jgildea@flblaw.com, ccharlton@flblaw.com  
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
         PETER FRANCIS BLUST    on behalf of Joint Debtor Patricia   Fabbia peterfblust@gmail.com  
         PETER FRANCIS BLUST    on behalf of Debtor Dominic   Fabbia peterfblust@gmail.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                               TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dominic Fabbia and Patricia Fabbia
    Debtor(s)

Case No: 18−17959−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the third & final installment payment for total amount of $155.00

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 5/7/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: April 11, 2019

50
Form 175