United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dominic Fabbia
Patricia Fabbia
    Debtors

Case No. 18-17959-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jul 24, 2019
                     Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.
db/jdb     +Dominic Fabbia,    Patricia Fabbia,    9937 Medway Road,    Philadelphia, PA 19115-1325
cr     Salmon Country, Inc.,    58 Mexico Drive,    Mexico, NY 13114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg     E-mail/Text: megan.harper@phila.gov Jul 25 2019 03:05:21     City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,    Philadelphia, PA 19102-1595
smg     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2019 03:05:07     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
smg     +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2019 03:05:18     U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr     E-mail/Text: megan.harper@phila.gov Jul 25 2019 03:05:21     City of Philadelphia,    Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,    5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
                                                                                                                                            TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:
        JOSHUA A. GILDEA    on behalf of Creditor    Salmon Country, Inc. jgildea@flblaw.com, ccharlton@flblaw.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
        PETER FRANCIS BLUST    on behalf of Joint Debtor Patricia   Fabbia peterfblust@gmail.com
        PETER FRANCIS BLUST    on behalf of Debtor Dominic   Fabbia peterfblust@gmail.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                     TOTAL: 6

# UNITED STATES BANKRUPTCY COURT for the
## EASTERN DISTRICT OF PENNSYLVANIA

In re: DOMINIC and PATRICIA FABBIA, )    Case No: 18-17959
                                     )
                           Debtors.  )    Chapter 13

## ORDER

AND NOW, this 23rd day of July, 2019, it is HEREBY ORDERED ~~a Hearing shall be held on~~ that Debtors' Petition to Reconsider Dismissal of Debtors' within Chapter 13 Case is in Bankruptcy ~~on the ___, day of ___, 2019, at~~ hereby denied.

~~___, ___. m., Courtroom ___, United States Courthouse, 9th and Market Streets, Philadelphia, PA.~~

~~All actions by creditors relating to Debtors' debts are HEREBY STAYED until further ORDER by this Court.~~

BY THE COURT:

_____ J.