UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                       Telephone
Clerk (215) 408-2800

9-23-19

Re:    Dominic Fabbia,   Patricia Fabbia
       Bankruptcy No.: 18-17959amc
       Civil Action No. 19-3904

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered  by the Honorable .
   Notice of appeal filing fee (**X**)paid    ()not paid

() Designation of Record on Appeal Filed
(**X**) Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed.
   () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
   () Objections filed .

() Report and recommendation entered  by the Honorable.

   () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

                                          For the Court

                                          Timothy B. McGrath
                                          Clerk

                                          By:____Stacey Dougherty_____
                                          Deputy Clerk

_____

Received Above material or record tile this _____ day of _____, 20___.

Civil Action No. _____        Signature:_____

Miscellaneous No. _____       Date: _____

Assigned to Judge _____                                           BFL5.frm(rev 11/8/17)

EFCOA.ELC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                        :
                                             Chapter 13
Dominic Fabbia
Patricia Fabbia                              :

                                             :    Bankruptcy No. 18-17959amc

                                             :    Adversary No.

                                             :    Civil No. 19-3904


## CERTIFICATE OF APPEAL FROM ORDER OF
## THE BANKRUPTCY JUDGE DATED July 23, 2019
## ENTERED ON THE DOCKET July 24, 2019

     I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed August 27, 2019 and certify that the above proceeding was properly before the Honorable Ashely M. Chan, Bankruptcy Judge.

     For the Court

     Timothy B. McGrath
     Clerk

     BY:  /s/ Stacey D.
           Deputy Clerk
     _____

**Counsel of Record**

Dominic Fabbia
Patricia Fabbia
9937 Medway Road
Philadelphia, Pa  19115
Debtors/Appellants

Peter Francis Blust, Esquire
1475 Mt. Holly Road, N-9
Edgewater Park, NJ 08010
Counsel for debtors/Appellants

William C. Miller, Esquire
PO BOX 1229
Philadelphia, Pa 19105
Ch. 13 Trustee

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, Pa 19106
U.S. Trustee